## ABELL V. COLLINS.

*Bill to Annull Lease Contract.*

(Decided June 30, 1906.   41 So. Rep. 825.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. JOHN J. ALTMAN.
VAUGHAN & DAVIDSON, and SMITH & SMITH, for appellant.
SHUGART & BELL, for appellee.
Affirmed.
Opinion by TYSON, J.
All the Justices concur.

---

## HEARD V. HEARD & LEE, ET AL.

*Bill to Set Aside Transfer of Contract for Fraud.*

(Decided June 30, 1906.   41 So. Rep. 827.)

APPEAL from Tallapoosa Chancery Court.
Heard before Hon. W. W. WHITESIDE.
J. W. STROTHER, and P. H. WATKINS, for appellant.
THOMAS L. BULGER, for appellee.
Affirmed.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## BIRMINGHAM RAILWAY LIGHT & POWER CO. V. CLARK.

*Damages for Personal Injury.*

(Decided June 30, 1906.   41 So. Rep. 829.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES W. FERGUSON.
TILLMAN, GRUBB, BRADLEY & MORROW, for appellant.
BOWMAN, HARSH & BEDDOW, for appellee.
Reversed and remanded.
Opinion by SIMPSON, J.
WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.